# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

### HENRY EVANS, as Executor, etc., Respondent, *v.* DANIEL B. POST and another, Appellants.

*Evidence — record in summary proceedings.*

In an action brought to recover rent for the use of certain premises from which the defendant had been removed by summary proceedings instituted by the plaintiff in pursuance of a notice terminating the tenancy, *held*, that the record in these proceedings was only evidence that the defendant had ceased to have any right to continue in the possession, and that the plaintiff was entitled to such possession. The proceedings and the affidavits and evidence contained in such record were not legal evidence of the lease, or of the length of occupancy of the premises, or of the terms under which they were occupied.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*Alex. Cummings*, for appellants. *T. & A. More*, for respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment reversed and new trial granted, costs to abide event, and referee discharged.